JOHN HOLDSWORTH et al., Copartners Doing Business under the Firm Name of HOLDSWORTH BROS., Appellants, *v.* CHARLES T. WILLS, INCORPORATED, Respondent.

Argued December 8, 1938; decided January 4, 1939.

*Harold H. Corbin, Alfred J. Callahan* and *Charles P. Andrews* for appellants.

*Neil P. Cullom, Robert D. Elder* and *Henry W. Steingarten* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.